IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-186-WYD-MJW

REED WILLIAMS, individually and as co-assignee of The Golden Bone, L.L.C., a dissolved Colorado limited liability company; and
MARCY ALBIN, individually and as co-assignee of The Golden Bone, L.L.C., a dissolved Colorado limited liability company,

    Plaintiff(s),

v.

RICHARD L. BERNEY, in his individual capacity; and
THE CITY AND COUNTY OF DENVER, a governmental entity,

    Defendant(s).
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Amended Motion for Leave to File Supplemental Factual Information and Legal Authority in Opposition to Defendants' Motion to Strike Affidavits of Drs. Yarnell and Seibert, filed January 13, 2006, is **GRANTED**.

    Dated:  January 13, 2006

                                                  s/ Michelle M. Merz
                                                  Law Clerk to
                                                  Wiley Y. Daniel
                                                  U. S. District Judge