IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-186-WYD-MJW

REED WILLIAMS, individually and as co-assignee of The Golden Bone, L.L.C., a dissolved Colorado limited liability company; and
MARCY ALBIN, individually and as co-assignee of The Golden Bone, L.L.C., a dissolved Colorado limited liability company,

    Plaintiff(s),

v.

RICHARD L. BERNEY, in his individual capacity; and
THE CITY AND COUNTY OF DENVER, a governmental entity,

    Defendant(s).
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants' Joint Motion for Leave to File Response to Plaintiffs' Supplemental Factual Information and Legal Authority in Opposition to Defendants' Motion to Strike Affidavits of Drs. Yarnell and Seibert, filed January 18, 2006, is **GRANTED**. Defendants may file a joint Response not to exceed four pages on or before **Thursday, January 26, 2006**.

    Dated:  January 18, 2006

                                            s/ Michelle M. Merz
                                            Law Clerk to
                                            Wiley Y. Daniel
                                            U. S. District Judge