IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-186-WYD-MJW

REED WILLIAMS, individually and as co-assignee of The Golden Bone, L.L.C., a
dissolved Colorado limited liability company; and
MARCY ALBIN, individually and as co-assignee of The Golden Bone, L.L.C., a
dissolved Colorado limited liability company,

      Plaintiff(s),

v.

RICHARD L. BERNEY, in his individual capacity; and
THE CITY AND COUNTY OF DENVER, a governmental entity,

      Defendant(s).

_____

**ORDER**
_____

     THIS MATTER is before the Court upon review of the file.  Since the Court's

Order of March 20, 2006, granted summary judgment on the sole federal claim in this

case, the Court hereby elects to exercise supplemental jurisdiction, under 28 U.S.C. §

1367, over the remaining state law claims.

     Dated:  March 23, 2006

                            BY THE COURT:


                            s/ Wiley Y. Daniel_____
                            Wiley Y. Daniel
                            U. S. District Judge