IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-186-WYD-MJW

REED WILLIAMS, individually and as co-assignee of The Golden Bone, L.L.C., a dissolved Colorado limited liability company; and
MARCY ALBIN, individually and as co-assignee of The Golden Bone, L.L.C., a dissolved Colorado limited liability company,

     Plaintiff(s),

v.

RICHARD L. BERNEY, in his individual capacity; and
THE CITY AND COUNTY OF DENVER, a governmental entity,

     Defendant(s).
_____

**ORDER**
_____

THIS MATTER is before the Court on Plaintiffs' Motion to Reconsider and Vacate Order Granting Defendants' Motion for Summary Judgment in Part, filed March 23, 2006 ("Motion").  I have considered the arguments raised in the Motion, and the legal test applicable to the granting of motions for reconsideration, and I find the Motion to be without merit.  Therefore, the Motion is **DENIED**.

     Dated:  March 23, 2006

                               BY THE COURT:


                               s/ Wiley Y. Daniel
                               Wiley Y. Daniel
                               U. S. District Judge