IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-186-WYD-MJW

REED WILLIAMS, individually and as co-assignee of The Golden Bone, L.L.C., a dissolved Colorado limited liability company; and
MARCY ALBIN, individually and as co-assignee of The Golden Bone, L.L.C., a dissolved Colorado limited liability company,

     Plaintiff(s),

v.

RICHARD L. BERNEY, in his individual capacity; and
THE CITY AND COUNTY OF DENVER, a governmental entity,

     Defendant(s).
_____

**ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF DEFENDANT
CITY AND COUNTY OF DENVER AND FOR AN AWARD OF COSTS**
_____

     Defendant City and County of Denver has filed a Motion for Entry of Judgment in Favor of City and County of Denver and for an Award of Costs.  By Order dated March 20, 2006, the Court has granted summary judgment in favor of the Defendant City and County of Denver on Plaintiffs' third claim for relief under 42 U.S.C. § 1983 for violation of their substantive due process rights.

     THEREFORE, IT IS ORDERED that judgment SHALL ENTER in favor of Defendant City and County of Denver and against Plaintiffs.  It is

     FURTHER ORDERED that Defendant City and County of Denver shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within the time authorized by the Judgment entered by the Clerk of this Court.

Dated: March 24, 2006

                                                    BY THE COURT:

                                                    s/ Wiley Y. Daniel  
                                                    Wiley Y. Daniel  
                                                    U. S. District Judge