IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-186-WYD-MJW

REED WILLIAMS, individually and as co-assignee of The Golden Bone, L.L.C., a
dissolved Colorado limited liability company; and
MARCY ALBIN, individually and as co-assignee of The Golden Bone, L.L.C., a
dissolved Colorado limited liability company,

       Plaintiff(s),

v.

RICHARD L. BERNEY, in his individual capacity; and
THE CITY AND COUNTY OF DENVER, a governmental entity,

       Defendant(s).
_____

**ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF DEFENDANT
RICHARD L. BERNEY AND FOR AN AWARD OF COSTS**
_____

THIS MATTER is before the Court on Plaintiffs' Motion to Alter or Amend

Judgment or, In the Alternative, for Order Directing Entry of Judgment in Favor of

Defendant Berney on Section 1983 Claims, or For Finding Pursuant to 28 U.S.C. §

1292(b), and For Continuance of Trial and Stay of Proceedings Pending Resolution of

Appeal of Section 1983 Claim, filed March 30, 2006 (docket #117) ("Motion for Entry of

Judgment").  Defendant Berney does not oppose the Motion for Entry of Judgment as

to Plaintiffs' request to alter or amend judgment and does not object Plaintiffs' request

to continue the trial and stay these proceedings.

By Order dated March 20, 2006, I granted summary judgment in favor of the

Defendant Richard L. Berney and Defendant City and County of Denver on Plaintiffs'

third claim for relief under 42 U.S.C. § 1983 for violation of their substantive due process rights. I did not grant summary judgment as to Plaintiffs' remaining claims against Defendant Berney for battery and outrageous conduct. On March 27, 2006, the Court entered final judgment as against Defendant City and County of Denver. I have considered the arguments raised in the Motion for Entry of Judgment and I find, pursuant to Fed. R. Civ. P. 54(b), that there is no just reason to delay entry of judgment in favor of Defendant Berney on Plaintiffs' third claim for relief under 42 U.S.C. § 1983 for violation of their substantive due process rights.

THEREFORE, IT IS ORDERED that judgment SHALL ENTER in favor of Defendant Richard L. Berney and against Plaintiffs on Plaintiffs' third claim for relief under 42 U.S.C. § 1983. It is

FURTHER ORDERED that Defendant Richard L. Berney shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within the time authorized by the Judgment entered by the Clerk of this Court. It is

FURTHER ORDERED that the final trial preparation conference set for **Thursday, April 6, 2006, at 9:00 a.m.** and the trial set to commence on **Monday, April 10, 2006**, are **VACATED**. It is

FURTHER ORDERED that all proceedings in this case are **STAYED** pending further Order of the Court. It is

FURTHER ORDERED that Plaintiff shall file a status report with the Court within thirty (30) days after an appeal of this Court's Order disposing of Plaintiffs' section 1983 has been filed, which shall include a statement of the issues appealed. Upon

-2-

receipt of Plaintiffs status report, the Court intends to administratively close this case with leave to reopen for good cause shown.  Good cause shall include resolution of the issues presented in Plaintiffs' appeal.

Dated:  April 5, 2006

BY THE COURT:
s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge