IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-186-WYD-MJW

REED WILLIAMS, individually and as co-assignee of The Golden Bone, L.L.C., a
dissolved Colorado limited liability company; and
MARCY ALBIN, individually and as co-assignee of The Golden Bone, L.L.C., a
dissolved Colorado limited liability company,

       Plaintiff(s),

v.

RICHARD L. BERNEY, in his individual capacity; and
THE CITY AND COUNTY OF DENVER, a governmental entity,

       Defendant(s).

_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant City and County of Denver's

Motion to Amend Judgment to Include Allowed Costs, filed May 3, 2006, in which

Defendant requests that I amend the judgment entered in this case to include allowed

costs.  Defendant filed a Bill of Costs on April 7, 2006, and the Clerk of Court taxed and

awarded costs to Defendant in the amount of $2,038.95 on April 11, 2006.  The award

of costs was included as part of the Amended Judgment entered on April 6, 2006, and

it is not necessary to further amend the judgment.  *See* Fed. R. Civ. P. 58.  Therefore,

the Motion is **DENIED**.

Dated:  May 12, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge