IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 04-cv-00186-WYD-MJW

REED WILLIAMS, individually and as co-assignee of The Golden Bone, L.L.C., a dissolved Colorado limited liability company; and
MARCY ALBIN, individually and as co-assignee of The Golden Bone, L.L.C., a dissolved Colorado limited liability company,

      Plaintiffs,

v.

RICHARD L. BERNEY, in his individual capacity; and
THE CITY AND COUNTY OF DENVER, a governmental entity,

      Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulation and Agreement for Dismissal, filed on March 16, 2010 [#159], in which the parties' request dismissal of this case. Having reviewed the stipulation and the file herein, and noting that Defendant, the City and County of Denver, has been previously dismissed, it is hereby

ORDERED that the above captioned case shall be dismissed, with prejudice, all parties to bear their own costs and attorney's fees.

Dated this 16th day of March, 2010.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              CHIEF UNITED STATES DISTRICT JUDGE